IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

Emily Elizabeth McBroom

**CASE NO.** 21-02165
**Hon.** John T Gregg
**Filed:** 09/20/2021

**Debtor(s)**

ORDER DIRECTING EMPLOYER TO PAY TRUSTEE

The above named Debtor has filed a Chapter 13 case, and has consented to deduction of plan payments directly from his/her wages to the Chapter 13 Trustee. Therefore:

IT IS HEREBY ORDERED that Tupelo Honey Hospitality Corporation shall deduct the sum of $115.38 each bi-weekly period and send the said amount to:

**BRETT N RODGERS**
**Chapter 13 Trust Account**
**2482 Momentum Place**
**Chicago, IL 60689**

IT IS FURTHER ORDERED that all earnings of the Debtor, except amounts required to be withheld by any provisions under the laws of the United States, this state, or any political subdivision, or by any insurance, pension or union dues agreement between the employer and the Debtor, or by order of this Court, be paid to the Debtor in accordance with the employer's usual payroll procedure.

IT IS FURTHER ORDERED that no deductions for any garnishment, wage assignment, credit union, or other purpose not specifically authorized by this Court, be made from the earnings of said Debtor, Except:_____

IT IS FURTHER ORDERED that a copy of this Order be served either electronically or by ordinary mail upon:

1. The Debtor at: 2021 Jefferson Drive SE, unit RR, Grand Rapids, MI 49507.
2. The Employer at: 1200 Ridgefield Blvd., Asheville, NC 28806
3. The Trustee: Brett N. Rodgers, 99 Monroe Ave. NW, Ste. 601, Grand Rapids, MI 49503
4. Debtor's Attorney: Jeffrey D. Mapes, 29 Pearl St. NW, Ste. 305, Grand Rapids, MI 49503

SERVED AS ORDERED

**END OF ORDER**

**IT IS SO ORDERED.**

Dated September 24, 2021



Michelle M. Wilson
Clerk of Court