# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **IN RE:** § | |
| § | **CASE NO.** 21-02165 |
| Emily Elizabeth McBroom § | Chapter 13 |
| § | **Hon.** John T Gregg |
| **Debtor(s)** § | **Filed** 09/20/2021 |

## RETENTION AGREEMENT BETWEEN DEBTOR(S) AND COUNSEL FOR THE DEBTOR(S)

Attached is the retainer agreement between the Debtor(s) and Counsel for the Debtor(s).

Dated: 10/07/2021

/s Jeffrey D. Mapes
Jeffrey D. Mapes, Attorney for Debtor
29 Pearl St. NW, Ste. 305
Grand Rapids, MI 49503
Phone: (616) 719-3847
Fax: (616) 719-3857