IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **IN RE:** § | |
| § | |
| Emily Elizabeth McBroom § | **CASE NO.** 21-02165 |
| § | **Hon.** John T Gregg |
| **Debtor(s)** § | |

## CERTIFICATE OF SERVICE

Documents Served:
1. Notice of Chapter 13 Bankruptcy Case
2. Original Chapter 13 Plan
3. Certificate of Service

Person Served:
1. See below.

The undersigned certifies under penalty of perjury that he or she has on the date shown below, by first class U.S. mail addressed to their respective address of record in this case, served a true copy of the documents above on all parties in interest listed above.

Dated: November 11, 2021       /s/Jeffrey D. Mapes
                               Jeffrey D. Mapes, Attorney for Debtor
                               29 Pearl St. NW, Ste. 305
                               Grand Rapids, MI 49503
                               Phone: (616) 719-3847
                               Fax: (616) 719-3857

Americredit Financial
Services
Attn: CEO Daniel Berce
801 Cherry St, Ste 3500
Fort Worth, TX 76102